Schuyler G. Carroll
Gary F. Eisenberg
Tina N. Moss
Barry J. Reingold
PERKINS COIE LLP
30 Rockefeller Plaza
22nd Floor
New York, NY 10112
Telephone: (212) 262-6900
Facsimile: (212) 977-1649
scarroll@perkinscoie.com
geisenberg@perkinscoie.com
tmoss@perkinscoie.com
breingold@perkinscoie.com

Counsel for the Official
Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PERSONAL COMMUNICATIONS DEVICES, LLC, *et al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 13-74303 (AST)<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS on behalf of the estates of PERSONAL COMMUNICATIONS DEVICES, LLC, and PERSONAL COMMUNICATIONS DEVICES HOLDINGS, LLC, Plaintiff,<br><br>       v.<br><br>PINEBRIDGE VANTAGE CAPITAL, L.P., THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, PINEBRIDGE CO-INVESTMENT AIV FUND, L.P., VANTAGE STAR INVESTMENT CORP., PINEBRIDGE PLAN STAR INVESTMENT CORP., PINEBRIDGE PEP IV CO-INVESTMENT, L.P., | Adv. Pro. No. _____ |

- 2 -

PINEBRIDGE PEP V CO-INVESTMENT,
L.P., DLJ INVESTMENT PARTNERS III,
L.P., DLJ INVESTMENT PARTNERS, L.P.,
and IP III PLAN INVESTOR, L.P.,
Defendants.

# COMPLAINT

**FILED UNDER SEAL**