Adam D. Cole
COUSINS CHIPMAN & BROWN, LLP
380 Lexington Avenue
New York, NY 10168
Telephone: (212) 551-1152
cole@ccbllp.com

Proposed Attorneys for the Official
Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PERSONAL COMMUNICATIONS DEVICES, LLC, *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 13-74303 (AST)<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS on behalf of the estates of PERSONAL COMMUNICATIONS DEVICES, LLC, and PERSONAL COMMUNICATIONS DEVICES HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>       v.<br><br>PINEBRIDGE VANTAGE CAPITAL, L.P., THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, PINEBRIDGE CO-INVESTMENT AIV FUND, L.P., VANTAGE STAR INVESTMENT CORP., PINEBRIDGE PLAN STAR INVESTMENT CORP., PINEBRIDGE PEP IV CO-INVESTMENT, L.P., PINEBRIDGE PEP V CO-INVESTMENT, L.P., DLJ INVESTMENT PARTNERS III, L.P., DLJ INVESTMENT PARTNERS, L.P., and IP III PLAN INVESTOR, L.P.,<br><br>                Defendants. | Adv. Pro. No. 8-13-08174 (AST) |

**NOTICE OF FILING OF PROPOSED STIPULATION
AND ORDER STAYING ADVERSARY PROCEEDING**

PLEASE TAKE NOTICE THAT on the date hereof, the Official Committee of Unsecured Creditors of the above-captioned debtors and debtors in possession files the attached proposed *Stipulation and Order Staying Adversary Proceeding.*

Dated: New York, New York
      December 23, 2013

                              COUSINS CHIPMAN & BROWN, LLP
                              Proposed Attorneys for the Official
                              Committee of Unsecured Creditors

                              By: */s/ Adam D. Cole*
                                  380 Lexington Avenue
                                  New York, NY 10168
                                  Telephone: (212) 551-1152
                                  cole@ccbllp.com