UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PERSONAL COMMUNICATIONS DEVICES, LLC, *et al.*,<br><br>           Debtors. | Chapter 11<br><br>Case No. 13-74303 (AST)<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS on behalf of the estates of PERSONAL COMMUNICATIONS DEVICES, LLC, and PERSONAL COMMUNICATIONS DEVICES HOLDINGS, LLC,<br><br>           Plaintiffs,<br><br>   v.<br><br>PINEBRIDGE VANTAGE CAPITAL, L.P., THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, PINEBRIDGE CO-INVESTMENT AIV FUND, L.P., VANTAGE STAR INVESTMENT CORP., PINEBRIDGE PLAN STAR INVESTMENT CORP., PINEBRIDGE PEP IV CO-INVESTMENT, L.P., PINEBRIDGE PEP V CO-INVESTMENT, L.P., DLJ INVESTMENT PARTNERS III, L.P., DLJ INVESTMENT PARTNERS, L.P., and IP III PLAN INVESTOR, L.P.,<br><br>           Defendants. | Adv. Pro. No. 13-08174 (AST) |

**NOTICE OF FILING OF PROPOSED STIPULATION AND
AGREED ORDER SETTING DEADLINES FOR AMENDED COMPLAINT
AND MOTIONS TO DISMISS AMENDED COMPLAINT**

PLEASE TAKE NOTICE THAT on the date hereof, the Official Committee of

Unsecured Creditors of the above-captioned debtors and debtors in possession files the attached

proposed Stipulation and Agreed Order Setting Deadlines for Amended Complaint and Motions

to Dismiss Amended Complaint.


Dated: New York New York          **PERKINS COIE LLP**
       January 13, 2014

                                       By: _____
                                         Schuyler G. Carroll
           Tina M. Moss
           30 Rockefeller Plaza, 22nd Floor
           New York, NY 10112
           Telephone: (212) 262-6900
           Facsimile: (212) 977-1649
           scarroll@perkinscoie.com
           tmoss@perkinscoie.com

           *Attorneys for the Official Committee*
           *of Unsecured Creditors*