UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PERSONAL COMMUNICATIONS DEVICES, LLC, *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 13-74303 (AST)<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS on behalf of the estates of PERSONAL COMMUNICATIONS DEVICES, LLC, and PERSONAL COMMUNICATIONS DEVICES HOLDINGS, LLC,<br><br>                Plaintiffs,<br><br>    v.<br><br>PINEBRIDGE VANTAGE CAPITAL, L.P., THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, PINEBRIDGE CO-INVESTMENT AIV FUND, L.P., VANTAGE STAR INVESTMENT CORP., PINEBRIDGE PLAN STAR INVESTMENT CORP., PINEBRIDGE PEP IV CO-INVESTMENT, L.P., PINEBRIDGE PEP V CO-INVESTMENT, L.P., DLJ INVESTMENT PARTNERS III, L.P., DLJ INVESTMENT PARTNERS, L.P., and IP III PLAN INVESTOR, L.P.,<br><br>                Defendants. | Adv. Pro. No. 13-08174 (AST) |

**STIPULATION AND AGREED ORDER SETTING DEADLINES FOR AMENDED
COMPLAINT AND MOTIONS TO DISMISS AMENDED COMPLAINT**

All parties hereto, including Plaintiff The Official Committee of Unsecured Creditors on

behalf of the estates of Personal Communications Devices, LLC and Personal Communications

Devices Holdings, LLC ("***Committee***"), Defendants PineBridge Vantage Capital, L.P.;

PineBridge Co-Investment AIV Fund, L.P.; Vantage Star Investment Corp.; PineBridge Plan Star Investment Corp.; PineBridge PEP IV Co-Investment, L.P.; PineBridge PEP V Co-Investment, L.P. (the "*PineBridge Defendants*"), The Insurance Company of the State of Pennsylvania ("*ISOP*"), and Defendants DLJ Investment Partners III, L.P.; DLJ Investment Partners, L.P.; and IP III Plan Investor, L.P. (the "*DLJ Defendants*," and with the PineBridge Defendants and ISOP, the "*Defendants*") (the Committee, PineBridge Defendants, ISOP, and DLJ Defendants referred to collectively as the "*Parties*") hereby stipulate and request entry of an order (the "*Order*") as follows:

1. The Committee shall file any amended complaint under Federal Rule of Civil Procedure 15(a)(1), made applicable hereto by Federal Rule of Bankruptcy Procedure 7015, as to any of the Defendants ("*Amended Complaint*") no later than January 24, 2014.

2. If the Committee files an Amended Complaint on or before January 24, 2014, the Defendants may file a motion or motions to dismiss the Amended Complaint under Federal Rule of Civil Procedure 12 ("*Motions to Dismiss the Amended Complaint*"), made applicable hereto by Federal Rule of Bankruptcy Procedure 7012, on or before February 21, 2014.

3. The Committee may respond to any Motions to Dismiss the Amended Complaint on or before March 21, 2014, and Defendants may file a reply or replies to any such response on or before April 4, 2014.

4. No surreply to a motion under Federal Rule of Civil Procedure 12 shall be allowed in this case without further approval of the presiding Court.

5. The deadline for ISOP to file its response to the Summons and Complaint in this case is unchanged, and remains January 15, 2014 (*see* Dkt. Entry No. 7).

6. Nothing herein shall be deemed submission to the jurisdiction of this Court or a waiver of any right to seek and/or obtain withdrawal of the reference of this case to the United States Bankruptcy Court.

/s/ Mark A. Salzberg
Mark A. Salzberg
**PATTON BOGGS LLP**
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-5242
Facsimile: (202) 457-6315
*ATTORNEYS FOR PINEBRIDGE DEFENDANTS*

/s/ Schuyler G. Carroll
Schuyler G. Carroll
**PERKINS COIE LLP**
30 Rockefeller Center, 22nd Floor
New York, NY 10112
Telephone: (212) 262-6900
Facsimile: (212) 977-1649
*ATTORNEYS FOR THE COMMITTEE*

/s/ Christopher Harris
Christopher Harris
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1880
Facsimile: (212) 751-4864
*ATTORNEYS FOR DLJ DEFENDANTS*

/s/ Marc D. Ashley
Marc D. Ashley
David M. LeMay
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, NY 10012
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
*ATTORNEYS FOR THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA*

***SO ORDERED***



**Dated: January 14, 2014**
**Central Islip, New York**

**Alan S. Trust**
**United States Bankruptcy Judge**